UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONAHUE GOINS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:12CV01584 ERW |
| DEREK DICKEY, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court upon Plaintiff Donahue Goins' failure to show cause why this action should not be dismissed for failure to abide by rules of this Court and failure to prosecute. On July 12, 2013, Defendants filed a Motion for Court to Issue an Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute. [ECF No. 14].  On July 16, 2013, the Court issued an Order to Show Cause [ECF No. 15], ordering Plaintiff to show cause no later than July 31, 2013, why this action should not be dismissed for failure to abide by rules of this Court and failure to prosecute.  The Court also ordered Plaintiff to verify his correct mailing address and telephone number in his Show Cause Response.  Plaintiff has failed to make such showings.

Accordingly,

**IT IS HEREBY ORDERED** that the above-styled action is **DISMISSED without prejudice**.

Dated this  22nd  day of August, 2013.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES JUDGE